# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 20-1863

———————————————

James Albert Hodge, Jr.

*Plaintiff - Appellant*

v.

Twin City Transportation Inc., originally named as Twin City Transportation;
Bruce Stewart, Director of Safety (originally named as Bruce Stew)

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Central

——————————

Submitted: December 22, 2020
Filed: December 29, 2020
[Unpublished]

——————————

Before LOKEN, WOLLMAN, and KOBES, Circuit Judges.

——————————

PER CURIAM.

James Hodge, Jr. appeals the district court's[1] adverse grant of judgment on the pleadings in his pro se action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Ashley Cty. v. Pfizer, Inc., 552 F.3d 659, 665 (8th Cir. 2009) (de novo review of grant of judgment on pleadings).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.